FILED
July 30, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D100

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title:** | Jeroen Hans Willem Eichhorn and Peggy Ann Eichhorn | **Case No:** | 10-22917 - E - 13L |
| | | **Date:** | 7/27/10 |
| | | **Time:** | 10:00 |

**Matter:** [55] - Motion/Application to Dismiss Case for Unreasonable Delay That is Prejudicial to Creditors [NLE-2] Filed by Trustee Lawrence J. Loheit (pdes)
[55] - Motion/Application to Dismiss Case/Proceeding [NLE-2] Filed by Trustee Lawrence J. Loheit (pdes)

**Judge:** Ronald H. Sargis
**Courtroom Deputy:** Janet Larson
**Reporter:** NOT RECORDED
**Department:** E

**APPEARANCES for:**
**Movant(s):**
None
**Respondent(s):**
None

## CIVIL MINUTE ORDER

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

The Motion to Dismiss the Chapter 13 case filed by the Chapter 13 Trustee having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

IT IS ORDERED that the Motion to Dismiss is granted and the case is dismissed.

Dated: July 30, 2010

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court